**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SHERRILYN WASHINGTON, : No. 10 MM 2017
:
Respondent :
:
:
:
v. :
:
:
HARRY HAMILTON, :
:
Petitioner :

## ORDER

**PER CURIAM**

 **AND NOW**, this 28th day of March, 2017, the "Application for Stay and Extraordinary Relief" is **DENIED**.